# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4 A 8: 22

| JAMES PERRY FIELDS | Case No. CV205-80 |
|---|---|
| Plaintiff | |
| v. | Appearing on behalf of |
| CLAIRE S. HOLLAND | DEFENDANT |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** KATHY PORTNOY

**Business Address:** Alembik, Fine & Callner, P.A.
Firm/Business Name

SunTrust Plaza, 37th Floor
303 Peachtree Street, N.E.
Street Address

Atlanta  Ga.  30308
Street Address (con't)   City   State   Zip

Same
Mailing Address (if other than street address)

Address Line 2    City, State, Zip

404/688-8800    585150
Telephone Number (w/ area code)   Georgia Bar Number

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:05-cv-00080
Date Served: May 4, 2005
Served By: Sherry L. Taylor

Attorneys Served:

    John P. Rivers, Esq.
    Alan David Tucker, Esq.
    Austin E. Catts, Esq.
    Joseph M. Winter, Esq.
    Kathy Portnoy, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate