# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 P 2: 57

CLERK _F. LaVictoire_
SO. DIST. OF GA.

JAMES PERRY FIELDS
_Plaintiff_

v.

CLAIRE S. HOLLAND
_Defendant_

Case No. CV205-80

Appearing on behalf of
DEFENDANT
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission _pro hac vice_ have been satisfied, **Petitioner's** request to appear _pro hac vice_ in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __May__, 2005.

_[signature]_
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | RICHARD E. BERMAN, ESQ. |
| Business Address: | BERMAN, KEAN & RIGUERA, P.A. |
| | Firm/Business Name |
| | 2101 W. COMMERCIAL BLVD. |
| | Street Address |
| | SUITE 2800 — FT. LAUDER. FL 33309 |
| | Street Address (con't) / City / State / Zip |
| | SAME |
| | Mailing Address (if other than street address) |
| | SAME — SAME |
| | Address Line 2 — City, State, Zip |
| | (954)735-0000 — FLA BAR NO. 254908 |
| | Telephone Number (w/ area code) — Georgia Bar Number |

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:05-cv-00080
Date Served: May 6, 2005
Served By:

Attorneys Served:

John P. Rivers, Esq.
Alan David Tucker, Esq.
Austin E. Catts, Esq.
Joseph M. Winter, Esq.
Kathy Portnoy, Esq.

*Joseph M Winter*
*Richard E Berman*

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate