# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 P 2:57

CLERK _Lavictoire_
SO. DIST. OF GA.

JAMES PERRY FIELDS
Plaintiff

v.

CLAIRE S. HOLLAND
Defendant

Case No. CV205-80

Appearing on behalf of

DEFENDANT

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | JOSEPH M. WINTER |
| Business Address: | Alembik, Fine & Callner, P.A. |
| | Firm/Business Name |
| | SunTrust Plaza, 37th Floor |
| | 303 Peachtree Street, NE |
| | Street Address |
| | Atlanta  GA  30308 |
| | Street Address (con't)  City  State  Zip |
| | Same. |
| | Mailing Address (if other than street address) |
| | Address Line 2      City, State, Zip |
| | (404) 688-8800         771050 |
| | Telephone Number (w/ area code)  Georgia Bar Number |

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:05-cv-00080
Date Served: May 6, 2005
Served By:

Attorneys Served:

John P. Rivers, Esq.
Alan David Tucker, Esq.
Austin E. Catts, Esq.
Joseph M. Winter, Esq.
Kathy Portnoy, Esq.

*Joseph M Winter*
*Richard E Berman*

\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate