ORIGINAL

# IN THE UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION

| | |
|---|---|
| JAMES PERRY FIELDS, <br>     Plaintiff, | * <br> * <br> * |
| vs. | *   Civil Action#CV205-80 <br> * |
| CLAIRE S. HOLLAND, <br>     Defendant. | * <br> * |

## DISMISSAL WITHOUT PREJUDICE

Comes Now, the Plaintiff, by and through his Attorneys of Record and files this his Dismissal of the above styled action Without Prejudice.

Respectfully Submitted, this 13th day of May, 2005.

JOHN P. RIVERS
State Bar #607350

809 G Street
Brunswick, Ga. 31520
912-267-0531

ALAN DAVID TUCKER, P.C.

Alan David Tucker
State Bar #717559

9 St. Andrews Court
Suite 201
P.O. Box 1332
Brunswick, Ga. 31521-1332

APPROVED: this 18 day of May, 2005

JUDGE, U.S. DISTRICT COURT

# IN THE UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, BRUNSWICK DIVISION

| | |
|---|---|
| JAMES PERRY FIELDS,<br>    Plaintiff, | \*<br>\*<br>\* |
| vs. | \*   Civil Action#CV205-80<br>\* |
| CLAIRE S. HOLLAND,<br>    Defendant. | \*<br>\* |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within pleadings upon the person named below, placing the same in the U. S Postal Service with sufficient postage to ensure a delivery by first class mail.

AUSTIN CATTS
Catts & Brooks
1529 Reynolds Street
Brunswick, Georgia 31520

KATHY L. PORTNOY
JOSEPH M. WINTER
Alembik, Fine & Caller, P.A.
SunTrust Plaza, 37 Floor
303 Peachtree Street, N. E.
Atlanta, Georgia 30308

Respectfully Submitted, this 13th day of May, 2005.

_____
JOHN P. RIVERS
State Bar #607350

809 G Street

Brunswick, Ga. 31520
912-267-0531

**ALAN DAVID TUCKER, P.C.**

Alan David Tucker
State Bar #717559

9 St. Andrews Court
Suite 201
P.O. Box 1332
Brunswick, Ga. 31521-1332

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

R. Berman
A. Catts
K. Portnoy
J. Rivers
A. Tucker
J. Winter

CASE NO: CV205-80
DATE SERVED: 5/18/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate